# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139327(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                   SC: 139327
                                   COA: 281566
                                   Wayne CC: 06-014242

MICHAEL JESS WADE,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 2, 2009 order is considered, and it is GRANTED. We VACATE our order dated December 2, 2009. On reconsideration, the application for leave to appeal the April 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for bond pending appeal is DENIED as moot because this order ends the appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2010

_____
Clerk

d0427